AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF CALIFORNIA

Perfect 10, Inc., a California corporation

*Plaintiff*

v.

IWEB Group, Inc., a Canadian company d/b/a IWeb.com; IWEB Intellectual Property Inc., a Canadian company d/b/a IWeb.com; IWEB Technologies, Inc., a Canadian company d/b/a IWeb.com; New Dream Network, LLC, a California limited liability company; and Does 1 through 100, inclusive

*Defendant*

Civil Action No. 13CV00328-BTM-BLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
New Dream Network, LLC
c/o The Corporation Company
(the agent of service of process for New Dream Network, LLC's agent of service of process)
555 Capitol Mall, Suite 1000
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Benink
550 West C Street, Suite 530
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. Samuel Hamrick, Jr.
*CLERK OF COURT*

Date: 2/11/13

S/ D. Sutton
*Signature of Clerk or Deputy Clerk*

ERIC J. BENINK, ESQ. (SBN 187434)
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
550 WEST C STREET, SUITE 530
SAN DIEGO CA 92101
619-232-0331                               Ref. No.     : 1214440-01
Attorney for : PLAINTIFF                   Atty. File No.: 13CV0328 BTM BLM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA  JUDICIAL DISTRICT

PLAINTIFF     : PERFECT 10, INC., ETC.              Case No.: 13CV0328 BTM BLM
DEFENDANT     : IWEB GROUP, INC., ET AL.            **PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :    NEW DREAM NETWORK, LLC
                           C/O CT CORPORATION COMPANY
   b. Person served   :    MARGARET WILSON, AGENT CT CORPORATION
                           (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 818 WEST 7TH STREET
                                      LOS ANGELES, CA  90017     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on February 19, 2013  (2) at: 10:50 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   NEW DREAM NETWORK, LLC
                      C/O CT CORPORATION COMPANY
      under [xx] Other      LLC

7. **Person who served papers**
   a. ERIK R. PEREZ                             d. Fee for service: $183.50
   b. KNOX ATTORNEY SERVICE                     e. I am:
      2250 FOURTH AVENUE                            (3) a registered California process server
      SAN DIEGO, CA 92101                              (i)   an employee
   c. 619-233-9700                                     (ii)  Registration No. 152
                                                      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 19, 2013

                                            Signature: _____
                                                              ERIK R. PEREZ

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)      **PROOF OF SERVICE**