Joel D. Voelzke (State Bar No. 179,296)
Joel@Voelzke.com
Intellectual Property Law Offices of Joel Voelzke, A P.C.
24772 W. Saddle Peak Road
Malibu, CA  90265
Tel: (310) 317-4466
Fax: (310) 317-4499

Attorneys for Defendant New Dream Network, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; NEW DREAM NETWORK, LLC, a California limited liability company; and DOES 1 through 100, inclusive<br><br>                    Defendants. | Case No.:  13CV0328 BTM BLM<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER**<br><br>**Order emailed to chambers concurrently herewith**<br><br>Date:          n/a<br>Time:         n/a<br>Courtroom: 15B<br>Judge:        Hon. Barry Ted Moskowitz |

TO THE HONORABLE COURT:

Defendant New Dream Network, LLC ("New Dream") and Plaintiff Perfect 10, Inc. ("Perfect 10") hereby stipulate to, and request the Court to approve, a 30-day extension of time for New Dream to file a responsive pleading, i.e., until April 11, 2013.

1

**13-CV-0328 BTM**
**JOINT MOTION TO EXTEND TIME TO ANSWER**

The parties respectfully submit that good cause exists for the extension because the parties are actively engaged in settlement discussions.

KRAUSE KALFAYAN BENINK & SLAVENS, LLP

DATED:  3/4 , 2013

   s/Eric J. Benink[1]
Eric J. Benink
Attorneys for Plaintiff Perfect 10, Inc.

INTELLECTUAL PROPERTY LAW OFFICES OF JOEL VOELZKE, A P.C.

DATED:  3/9 , 2013

   s/Joel D. Voelzke
Joel D. Voelzke
Attorneys for New Dream Network, LLC

---

[1] electronic signature added per authorization from Eric J. Benink to Joel Voelzke via email on March 4, 2013.

## PROOF OF SERVICE

I, the undersigned, am at least 18 years old and am not a party to this action. My business address is 24772 W. Saddle Peak Road, Malibu, CA 90265. I hereby certify that on this day of March 11, 2013 I served the following documents:

**JOINT MOTION TO EXTEND TIME TO ANSWER**

☒ **BY ELECTRONIC SERVICE VIA CM/ECF.** I served the foregoing to the attorneys of record by electronic mail via the Court's CM/ECF electronic filing system by filing these papers with the CM/ECF electronic filing system which automatically sends electronic mail to all counsel of record registered with the Court for this case who have consented to service by email via this system.

By: ___s/Joel D. Voelzke___
      Joel Voelzke