Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA  92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; NEW DREAM NETWORK, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO.  13-CV-0328 BTM BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NEW DREAM NETWORK, LLC WITHOUT PREJUDICE**<br><br>**Hon. Barry Ted Moskowitz** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Perfect 10, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, without prejudice, the above-captioned action against Defendant New Dream Network, LLC. The above-captioned action shall continue against Defendants iWeb Group, Inc., iWeb Intellectual Property Inc., iWeb Technologies, Inc., and Does 1 through 100, inclusive.

Neither Defendant New Dream Network LLC nor any other defendant to this action, has filed an answer to the Complaint or a motion for summary judgment in this action. Dismissal of this action against Defendant New Dream Network, LLC without prejudice under Rule 41(a)(1) is therefore appropriate.

Dated: March 19, 2013        KRAUSE KALFAYAN BENINK & SLAVENS, LLP

BY:   *s/ Eric Benink*
ERIC BENINK
Attorneys for Plaintiff

1
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
NEW DREAM NETWORK, LLC WITHOUT PREJUDICE