1  Eric J. Benink, Esq., SBN 187434
   KRAUSE KALFAYAN BENINK & SLAVENS, LLP
2  550 West C Street, Suite 530
3  San Diego, CA 92101                          William H. Shawn, Esq.,
   P 619.232.0331  |  F 619.232.4019            D.C. Bar No. 198416
4  eric@kkbs-law.com                            SHAWNCOULSON, LLP
                                                1850 M. Street, N.W., Suite 280
5  Natalie Locke, Esq., SBN 261363              Washington, D.C. 20036
   PERFECT 10, INC.                             P 202.331.2300  |  F 202.403.3747
6  11803 Norfield Court                         wshawn@shawncoulson.com
7  Los Angeles, CA 90077
   P 310.476.0794  |  F 310.476.8138            Attorneys for Defendants
8  natalie@perfect10.com

9  Attorneys for Plaintiff Perfect 10, Inc.

10
11                          UNITED STATES DISTRICT COURT
12
13                         SOUTHERN DISTRICT OF CALIFORNIA

14
15 PERFECT 10, INC., a California              Case No.: 13 CV 0328 BTM BLM
   corporation,
16                                             **Before Honorable Barry Ted Moskowitz**
17               Plaintiff,
         v.                                    **JOINT STIPULATION AND
18                                             [PROPOSED] ORDER EXTENDING
   IWEB GROUP, INC., a Canadian                TIME TO ANSWER COMPLAINT
19 company d/b/a iWeb.com; IWEB                AND RULE 12 MOTION BRIEFING
   INTELLECTUAL PROPERTY INC., a               SCHEDULE**
20 Canadian company d/b/a iWeb.com;
   IWEB TECHNOLOGIES, INC., a
21 Canadian company d/b/a iWeb.com; and
22 DOES 1 through 100, inclusive,

23               Defendants.
24
25
26
27
28
   JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND RULE
                             12 MOTION BRIEFING SCHEDULE

# STIPULATION

Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendants iWeb Group, Inc., iWeb Intellectual Property Inc. and iWeb Technologies, Inc. (collectively the "iWeb Defendants") by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the iWeb Defendants were served with the Summons and Complaint in this action on March 4, 2013, and their deadline to serve a responsive pleading to the Complaint is March 25, 2013;

WHEREAS, Perfect 10 hereby agrees not to prosecute the following allegations in its Complaint, filed with the Court on February 11, 2013, against the iWeb Defendants:

(i) ", Defendant New Dream Network, LLC ("New Dream Network"), which upon information and belief, is an iWeb customer that operates the websites picfoco.com and hotlinkimage.com which infringe Plaintiff's copyrighted material or resells the iWeb Defendants' hosting and Internet services to those infringing websites." Complaint ¶1 at 1:8-12.

(ii) "Alternatively, upon information and belief, New Dream Network resells iWeb Defendants' hosting services to these infringing websites and/or hides the identity of their operators." Complaint ¶4 at 3:21-23;

(iii) "Defendant New Dream Network, LLC, is a California limited liability company registered under the laws of California that, on information and belief, either operates the websites picfoco.com and hotlinkimage.com which infringe Plaintiff's copyrighted material, or resells the iWeb Defendants' hosting, Internet connectivity, and other services to such infringing websites and hides the identity of the website's owners. Defendant New Dream Network claims to host one million domains,

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND RULE 12 MOTION BRIEFING SCHEDULE

which almost certainly include domains of San Diego-based websites." Complaint ¶22;

(iv)   "Upon information and belief, Defendant New Dream Network knew of the infringement either because it operates the infringing websites hotlinkimage.com and picfoco.com, because of communications or dealings it has had with the infringing website owners, because the Perfect 10 images it hosts display Perfect 10 copyright notices, or because iWeb forwarded Perfect 10's notices to New Dream Network as the iWeb Defendants have suggested they do." Complaint ¶27 at 11:3-9.

WHEREAS, the iWeb Defendants have agreed not to file any Rule 11 motion against Perfect 10 or its attorneys with respect to the above listed-allegations;

WHEREAS, the parties wish to provide the iWeb Defendants a 28-day extension of time for the iWeb Defendants to file a responsive pleading to Perfect 10's Complaint, so that the iWeb Defendants' responsive pleading shall be due on April 22, 2013;

WHEREAS, the parties wish to provide Perfect 10 an additional two (2) weeks to file an Opposition any Rule 12 motion that any of the iWeb Defendants should file in response to its Complaint;

WHEREAS, the parties wish to provide the iWeb Defendants an additional two (2) weeks to file a Reply to any Opposition Perfect 10 should file in response to a Rule 12 motion filed by any of the iWeb Defendants.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that:

1. The deadline for the iWeb Defendants to respond to Perfect 10's Complaint shall be set for April 22, 2013;

2. Perfect 10 shall receive an additional two (2) weeks to file an Opposition to any Rule 12 motion filed by any of the iWeb Defendants in response to Perfect 10's Complaint; and

3. The iWeb Defendants shall receive an additional two (2) weeks to file a Reply to any Opposition Perfect 10 should file in response to a Rule 12 motion filed by any of the iWeb Defendants.

IT IS SO STIPULATED.

Dated: March 25, 2013

RESPECTFULLY SUBMITTED,
PERFECT 10, INC.

By: *Natalie Locke*
Natalie Locke
Attorneys for Plaintiff Perfect 10, Inc.

Dated: March 25, 2013

RESPECTFULLY SUBMITTED,
SHAWNCOULSON, LLP

By: *William H. Shawn*
William H. Shawn
Attorneys for Defendants

---

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND RULE 12 MOTION BRIEFING SCHEDULE

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>          Plaintiff,<br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 13 CV 0328 BTM BLM<br><br>**Before Honorable Barry Ted Moskowitz**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND RULE 12 MOTION BRIEFING SCHEDULE** |

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that:

1. The deadline for the iWeb Defendants to respond to Perfect 10's Complaint shall be set for April 22, 2013;
2. Perfect 10 shall receive an additional two (2) weeks to file an Opposition to any Rule 12 motion filed by any of the iWeb Defendants in response to Perfect 10's Complaint; and
3. The iWeb Defendants shall receive an additional two (2) weeks to file a Reply to any Opposition Perfect 10 should file in response to a Rule 12 motion filed by any of the iWeb Defendants.

DATED: _____  _____
HON. BARRY TED MOSKOWITZ
United States District Judge