1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 13 CV 0328 BTM BLM<br><br>**Before Honorable Barry Ted Moskowitz**<br><br>**ORDER EXTENDING TIME TO ANSWER COMPLAINT AND RULE 12 MOTION BRIEFING SCHEDULE** |

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that:

1. The deadline for the iWeb Defendants to respond to Perfect 10's Complaint shall be set for April 22, 2013;
2. Perfect 10 shall receive an additional two (2) weeks to file an Opposition to any Rule 12 motion filed by any of the iWeb Defendants in response to Perfect 10's Complaint; and
3. The iWeb Defendants shall receive an additional two (2) weeks to file a Reply to any Opposition Perfect 10 should file in response to a Rule 12 motion filed by any of the iWeb Defendants.

DATED: March 29, 2013

_____
HON. BARRY TED MOSKOWITZ
United States District Judge