# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                 Plaintiff,<br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; NEW DREAM NETWORK, LLC, a California limited liability company; and DOES 1 through 100, inclusive<br><br>                 Defendants. | Case No.:  13CV0328 BTM BLM<br><br>**ORDER DENYING 30-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Date:         n/a<br>Time:        n/a<br>Courtroom:  15B<br>Judge:       Hon. Barry Ted Moskowitz |

Since Defendant New Dream Network, LLC has been dismissed from the action (see ECF No. 6), the Court hereby **DENIES** the Joint Motion of Plaintiff Perfect 10, Inc. and Defendant New Dream Network, LLC ("New Dream") to extend for 30 days the deadline for New Dream to file a responsive pleading (ECF No. 4) as moot.

IT IS SO ORDERED.

Dated:  April 11, 2013

*[signature]*

Hon. Barry Ted Moskowitz
Judge, United States District Court