1
2
3
4
5
6
7
8

## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

9
10
11
12

| | |
|---|---|
| PERFECT 10, INC.<br><br>                  Plaintiff | **Case No. 13-CV- 0328 – BTM - BLM** |
| | **JURY TRIAL DEMANDED** |
| IWEB GROUP, INC., IWEB INTELLECTUAL PROPERTY INC., IWEB TECHNOLOGIES, INC., AND JOHN DOES 1-100<br><br>                  Defendants. | **DECLARATION OF MARTIN LECLAIR IN SUPPORT OF DEFENDANT IWEB INTELLECTUAL PROPERTY'S MOTION TO DISMISS COMPLAINT** |

13
14
15
16
17
18
19
20
21
22

I, Martin Leclair, hereby declare pursuant to 28 U.S.C. §1746 as follows:

1.  My name is Martin Leclair, and I am the Co-Founder and Vice President of iWeb Intellectual Property, Inc., a Canadian company, which has been sued in this U.S. District Court for the Southern District of California action. I am familiar with the facts underlying this case, and I am authorized to submit this

23
24
25
26
27
28

00046084.DOCX

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration in support of Defendants' motion to dismiss the complaint filed by Perfect 10, a California corporation.

2.  iWeb Intellectual Property ("iWeb IP") is a Canadian-based licensing company, domiciled at 20 Place du commerce, Nun's Island, Montreal (Quebec) Canada H3D 1Z6, and formed to license software and other technologies in Canada, from various entities, to allow its affiliate, iWeb Technologies to operate.

3. iWeb IP conducts no operations in the United States or in California. It has no employees in the United States or California, and only serves its customers in Montreal, Canada, has no server farm anywhere in the U.S., and any U.S. suppliers only serve iWeb IP at iWeb IP's Canadian facilities.



- 2 -                    CASE NO. 13CV0328 BTM BLM

00046084.DOCX

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22d day of April, 2013, at Montreal, Quebec, Canada.

FURTHER AFFIANT SAYETH NOT.

This, the 22nd day of April, 2013.



_____

Martin Leclair

CASE NO. 13CV0328 BTM BLM

00046084.DOCX