WILLIAM H. SHAWN
JAMES E. KING (CSB NO. 90103)
SHAWNCOULSON, LLP
1850 M St., NW. Suite 280
Washington, DC 20036
Telephone: (202) 331-7900
Facsimile: (202) 403-3747

ANDREW P. BRIDGES (CSB No. 122761)
ILANA S. RUBEL (CSB No. 221517)
LIWEN MAH (CSB No. 239033)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUALPROPERTY, INC.,
and IWEB TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive<br>                  Defendants. | Case No. 13 CV 0328 BTM BLM<br><br>**DEFENDANTS' FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 40.2 NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge:   Hon. Barry Ted Moskowitz<br>Court:    15B |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc. disclose the following:

Defendant iWeb Group, Inc. is the parent corporation of Defendant iWeb Intellectual Property, Inc. and Defendant iWeb Technologies, Inc.

No publicly held company owns 10% or more of the stock of any of iWeb Group, Inc., iWeb Intellectual Property, Inc., or iWeb Technologies, Inc. A public pension fund, Caisse de Depot et Placement du Quebec, owns more than 10% of iWeb Group, Inc.

Dated:   April 22, 2013              SHAWNCOULSON, LLP

By: /s/ James E. King

James E. King

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUALPROPERTY, INC., and
IWEB TECHNOLOGIES, INC.