| | |
|---|---|
| 1 | WILLIAM H. SHAWN |
| 2 | JAMES E. KING (CSB NO. 90103)<br>SHAWN COULSON, LLP |
| 3 | 1850 M St., NW. Suite 280<br>Washington, DC 20036 |
| 4 | Telephone: (202) 331-7900<br>Facsimile: (202) 403-3747 |
| 5 | |
| 6 | ANDREW P. BRIDGES (CSB No. 122761)<br>ILANA S. RUBEL (CSB No. 221517) |
| 7 | LIWEN MAH (CSB No. 239033)<br>FENWICK & WEST LLP |
| 8 | 555 California Street, 12th Floor<br>San Francisco, CA  94104 |
| 9 | Telephone:  415.875.2300<br>Facsimile:   415.281.1350 |
| 10 | |
| 11 | Attorneys for Defendants<br>IWEB GROUP, INC., |
| 12 | IWEB INTELLECTUAL PROPERTY, INC.,<br>and IWEB TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERFECT 10, INC., a California corporation, | | Case No. 13 CV 0328 BTM BLM |
| | Plaintiff, | |
| | v. | **CERTIFICATE OF SERVICE** |
| IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive | | |
| | Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE    CASE NO. 13 CV 0328 BTM BLM

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following documents:

1. **DEFENDANTS' FED. R. CIV. PROC. 7.1 and CIVIL L.R. 40.2 NOTICE OF PARTY WITH FINANCIAL INTEREST;**
2. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(2), 12(B)(3), & 12(B)(6);**
3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**
4. **DECLARATION OF ILANA S. RUBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**
5. **DECLARATION OF WILLIAM H. SHAWN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**
6. **DECLARATION OF JEAN-PHILIPPE MIKUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**
7. **DECLARATION OF ERIC CHOUINARD, IN SUPPORT OF DEFENDANT IWEB GROUP'S MOTION TO DISMISS COMPLAINT;**
8. **DECLARATION OF MARTIN LECLAIR IN SUPPORT OF DEFENDANT IWEB INTELLECTUAL PROPERTY'S MOTION TO DISMISS COMPLAINT;**
9. **DECLARATION OF PIERRE-LUC TOUPIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**
10. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE     1     CASE NO. 13 CV 0328 BTM BLM

**TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, FOR IMPROPER VENUE, AND FOR FAILURE TO STATE A CLAIM**

☑ **BY E-MAIL:** The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil LR 5.2 on this date and causing it to be emailed to:

**Eric Benink**
Krause, Kalfayan, Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
eric@kkbs-law.com

**Natalie H Locke**
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
natalie@perfect10.com

**Joel David Voelzke**
Intellectual Property Law Offices of Joel Voelzke, APC
24772 West Saddle Peak Road
Malibu, CA 90265
joel@voelzke.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated:   April 22, 2013          /s/ Ilana S. Rubel
                                 Ilana S. Rubel

CERTIFICATE OF SERVICE            2            CASE NO. 13 CV 0328 BTM BLM