WILLIAM H. SHAWN
JAMES E. KING (CSB NO. 90103)
SHAWNCOULSON, LLP
1850 M St., NW. Suite 280
Washington, DC 20036
Telephone: (202) 331-7900
Facsimile: (202) 403-3747

ANDREW P. BRIDGES (CSB No. 122761)
ILANA S. RUBEL (CSB No. 221517)
LIWEN MAH (CSB No. 239033)
KATHLEEN LU (CSB. No. 267032)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUAL PROPERTY, INC.,
and IWEB TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 13 CV 0328 BTM BLM<br><br>**NOTICE OF APPEARANCE OF KATHLEEN LU**<br><br>Judge:   Hon. Barry Ted Moskowitz |

NOTICE OF APPEARANCE OF
KATHLEEN LU

CASE NO. 13 CV 0328 BTM BLM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Kathleen Lu of Fenwick & West LLP hereby enters her appearance on behalf Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc.

Kathleen Lu's email address, for purposes of receipt of Notices of Electronic Filing is: klu@fenwick.com; lmartinez@fenwick.com

Dated:   April 29, 2013                    FENWICK & WEST LLP

                                           By:  /s/ Kathleen Lu
                                                Kathleen Lu

                                           Attorneys for Defendants
                                           IWEB GROUP, INC.,
                                           IWEB INTELLECTUALPROPERTY, INC., and
                                           IWEB TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 29, 2013, I caused this document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.

By: /s/ Kathleen Lu
Kathleen Lu