| | |
|---|---|
| 1 | WILLIAM H. SHAWN |
| 2 | JAMES E. KING (CSB NO. 90103)<br>SHAWNCOULSON, LLP |
| 3 | 1850 M St., NW. Suite 280<br>Washington, DC 20036 |
| 4 | Telephone: (202) 331-7900<br>Facsimile: (202) 403-3747 |
| 5 | |
| 6 | ANDREW P. BRIDGES (CSB No. 122761)<br>ILANA S. RUBEL (CSB No. 221517) |
| 7 | LIWEN MAH (CSB No. 239033)<br>KATHLEEN LU (CSB. No. 267032) |
| 8 | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 9 | San Francisco, CA  94104<br>Telephone:   415.875.2300 |
| 10 | Facsimile:    415.281.1350 |
| 11 | Attorneys for Defendants |
| 12 | IWEB GROUP, INC., |
| 13 | IWEB INTELLECTUAL PROPERTY, INC.,<br>and IWEB TECHNOLOGIES, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. 13 CV 0328 BTM BLM |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANDREW P. BRIDGES** |
| v. | Judge:   Hon. Barry Ted Moskowitz |
| IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive | |
| Defendants. | |

NOTICE OF APPEARANCE OF
ANDREW P. BRIDGES

CASE NO. 13 CV 0328 BTM BLM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Andrew P. Bridges of Fenwick & West LLP hereby enters his appearance on behalf Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc.

Andrew P. Bridges' email address, for purposes of receipt of Notices of Electronic Filing is: abridges@fenwick.com; rpelayo@fenwick.com

Dated:   April 30, 2013          FENWICK & WEST LLP


                                 By:  /s/ Andrew P. Bridges
                                       Andrew P. Bridges

                                 Attorneys for Defendants
                                 IWEB GROUP, INC.,
                                 IWEB INTELLECTUALPROPERTY, INC., and
                                 IWEB TECHNOLOGIES, INC.

NOTICE OF APPEARANCE OF ANDREW P. BRIDGES   1   CASE NO. 13 CV 0328 BTM BLM

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 30, 2013, I caused this document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.

By: /s/ Andrew P. Bridges
Andrew P. Bridges