1  WILLIAM H. SHAWN
2  JAMES E. KING (CSB NO. 90103)
   SHAWNCOULSON, LLP
3  1850 M St., NW. Suite 280
   Washington, DC 20036
4  Telephone: (202) 331-7900
   Facsimile: (202) 403-3747
5
6  ANDREW P. BRIDGES (CSB No. 122761)
   ILANA S. RUBEL (CSB No. 221517)
7  LIWEN MAH (CSB No. 239033)
   KATHLEEN LU (CSB. No. 267032)
8  FENWICK & WEST LLP
   555 California Street, 12th Floor
9  San Francisco, CA  94104
   Telephone:  415.875.2300
10 Facsimile:   415.281.1350

11 Attorneys for Defendants
12 IWEB GROUP, INC.,
   IWEB INTELLECTUAL PROPERTY, INC.,
13 and IWEB TECHNOLOGIES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 13 CV 0328 BTM BLM<br><br>**NOTICE OF APPEARANCE OF LIWEN MAH**<br><br>Judge:   Hon. Barry Ted Moskowitz |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Liwen Mah of Fenwick & West LLP hereby enters his appearance on behalf Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc.

Liwen Mah's email address, for purposes of receipt of Notices of Electronic Filing is: lmah@fenwick.com; rjones@fenwick.com

Dated: April 30, 2013          FENWICK & WEST LLP

By: /s/ Liwen Mah
    Liwen Mah

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUALPROPERTY, INC., and
IWEB TECHNOLOGIES, INC.

NOTICE OF APPEARANCE OF LIWEN MAH      1      CASE NO. 13 CV 0328 BTM BLM

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 30, 2013, I caused this document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.

By: /s/ Liwen Mah
Liwen Mah