**WILLIAM H. SHAWN (PRO HAC VICE)**
Email: wshawn@shawncoulson.com
**JAMES E. KING (CSB No. 90103)**
Email: jking@shawncoulson.com
ShawnCoulson, LLP
1850 M St., NW. Suite 280
Washington, DC 20036
T: (202) 331-2300
F: (202) 403-3747

**ANDREW P. BRIDGES** (CSB No. 122761)
Email: abridges@fenwick.com
**ILANA S. RUBEL** (CSB No. 221517)
Email: irubel@fenwick.com
**LIWEN MAH** (CSB No. 239033)
Email: lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
T: 415.875.2300
F: 415.281.1350

Counsels for Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc.

**ERIC J. BENINK (CSB No. 187434)**
ebenink@kkbs-law.com
Krause Kalfayan Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
T: (619) 232-0331
F: (619) 232-4019

**NATALIE H. LOCKE (CSB No. 261363)**
natalie@perfect10.com
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
T: (310) 476-0794
F: (310) 476-8138

Counsels for Plaintiff Perfect 10, Inc.

## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| PERFECT 10, INC. <br><br> Plaintiff <br><br> IWEB GROUP, INC., IWEB INTELLECTUAL PROPERTY INC., IWEB TECHNOLOGIES, INC., AND DOES 1-100, <br><br> Defendants. | Case No. 13-CV- 0328 – BTM - BLM <br><br> **JURY TRIAL DEMANDED** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' RULE 12 MOTION AND EXTENDING TIME FOR DEFENDANTS' REPLY** |

# STIPULATION

Plaintiff Perfect 10, Inc. ("Perfect 10" or "Plaintiff") and Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc. (collectively the "iWeb Defendants"), by and through their undersigned counsel of record, herby stipulate as follows:

WHEREAS, the parties wish to clarify the dates the Plaintiff's Opposition to iWeb Defendants' Motion to Dismiss and iWeb Defendants' Reply to Plaintiff's Opposition is due;

WHEREAS, this Court's Order of March 29, 2013, set the deadline for the iWeb Defendants' response to Perfect 10's Complaint as April 22, 2013;

WHEREAS, the iWeb Defendants timely filed their Rule 12 Motion to Dismiss April 22, 2013;

WHEREAS, by this Court's Order of March 29, 2013, Perfect 10 was granted an additional two (2) weeks to file an Opposition to any Rule 12 Motion filed by the iWeb Defendants; and

WHEREAS, by this Court's Order of March 29, 2013, the iWeb Defendants were granted an additional two (2) weeks to file a Reply to any Opposition Perfect 10 filed to the iWeb Defendants' Rule 12 motion.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to this Court's approval:

1. The deadline for Perfect 10's Opposition to the iWeb Defendants' Rule 12 Motion to Dismiss shall be May 31, 2013; and

2. The deadline for iWeb Defendants' Reply to any Perfect 10's Opposition to the iWeb Defendants' Rule 12 Motion to Dismiss shall be June 21, 2013.

IT IS SO STIPULATED

| PERFECT 10, INC. | SHAWNCOULSON, LLP |
|---|---|
| By: /s/Natalie H. Locke<br>NATALIE H. LOCKE | By: /s/James E. King<br>JAMES E. KING |
| Counsel for Plaintiff Perfect 10, Inc. | Counsel for Defendants iWeb Group, Inc., iWeb Intellectual Property Inc., and iWeb Technologies, Inc. |