| | |
|---|---|
| **WILLIAM H. SHAWN (PRO HAC VICE)**<br>Email: wshawn@shawncoulson.com<br>**JAMES E. KING (CSB No. 90103)**<br>Email: jking@shawncoulson.com<br>ShawnCoulson, LLP<br>1850 M St., NW. Suite 280<br>Washington, DC 20036<br>T: (202) 331-2300<br>F: (202) 403-3747 | **ERIC J. BENINK (CSB No. 187434)**<br>ebenink@kkbs-law.com<br>Krause Kalfayan Benink & Slavens, LLP<br>550 West C Street, Suite 530<br>San Diego, CA 92101<br>T: (619) 232-0331<br>F: (619) 232-4019 |
| **ANDREW P. BRIDGES** (CSB No. 122761)<br>Email: abridges@fenwick.com<br>**ILANA S. RUBEL** (CSB No. 221517)<br>Email: irubel@fenwick.com<br>**LIWEN MAH** (CSB No. 239033)<br>Email: lmah@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>T: 415.875.2300<br>F: 415.281.1350 | **NATALIE H. LOCKE (CSB No. 261363)**<br>natalie@perfect10.com<br>Perfect 10, Inc.<br>11803 Norfield Court<br>Los Angeles, CA 90077<br>T: (310) 476-0794<br>F: (310) 476-8138<br><br>Counsels for Plaintiff Perfect 10, Inc. |
| Counsels for Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc. | |

## U.S. DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| PERFECT 10, INC.<br><br>Plaintiff<br><br>IWEB GROUP, INC., IWEB INTELLECTUAL PROPERTY INC., IWEB TECHNOLOGIES, INC., AND DOES 1-100,<br><br>Defendants. | Case No. 13-CV- 0328 – BTM - BLM<br><br>**JURY TRIAL DEMANDED**<br><br>**AMENDED PROOF OF SERVICE** |

AMENDED POS RE JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO OPPOSE MOTION TO DISMISS AND FOR DEFENDANT TO REPLY
00046156.DOCX

CASE NO. 13 CV 0328 BTM BLM

## AMENDED PROOF OF SERVICE

I under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made, over the age of 18 years and not a party to this action; my business address is 11440 West Bernardo Court, Suite 300, San Diego, CA 92127. On May 2, 2013, I served the following:

1) JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' RULE 12 MOTION AND EXTENDING TIME FOR DEFENDANTS' REPLY

as designated below and addressed as follows:

### SEE ATTACHED SERVICE LIST

_____ **(By Mail)** I placed a copy of each document in an envelope for each addressee, sealed each envelope and, with postage thereon, fully prepaid, placed each envelope for deposit with the U.S. Postal Service at San Diego, CA.

_____ **(By Overnight Delivery)** I placed a copy of each document in an overnight delivery package for each addressee, sealed each package and, with delivery fees fully provided for, placed each package for deposit in a box regularly maintained by the overnight delivery service at San Diego, CA.

_____ **(By Electronic Delivery)** Pursuant to written consent of the parties, I transmitted each document to each addressee at the facsimile number or email address listed on the attached Service List. Confirmation of receipt was received from each addressee's facsimile machine or email address.

_____ **(By Personal Delivery)** I personally delivered a copy of each document, or provided a copy of each document to a messenger and instructed him/her to personally deliver the copies, to each addressee by leaving copies at the address listed on the attached service list with a person in charge or in a conspicuous place.

__XX__ **(Through the Court's CM/ECF System)** Each document was filed through the Court's CM/ECF service and each party or the party's attorney is a registered user of that service. Immediately after filing, I received a Notice of Electronic Filing which indicated that all registered parties were served through the Court's CM/ECF service.

Executed this same day at San Diego, California.

____Deborah M. Perlstein____
Type or Print Name                                                    Signature

## SERVICE LIST

| | |
|---|---|
| Natalie H. Locke, Esq.<br>Perfect 10, Inc.<br>11803 Norfield Court<br>Los Angeles, CA 90077<br>Phone: (310) 476-0794; Fax: (310) 476-8138<br>Email: natalie@perfect10.com | Attorneys for Plaintiff Perfect 10, Inc. |
| Eric J. Benink, Esq.<br>Krause Kalfayan Benink & Slavens, LLP<br>550 West C Street, Suite 530<br>San Diego, CA 92101<br>Phone: (619) 232-0331; Fax: (619) 232-4019<br>ebenink@kkbs-law.com | Attorneys for Plaintiff Perfect 10, Inc. |
| Andrew P. Bridges, Esq.<br>Kathleen Lu, Esq.<br>Ilana S. Rubel, Esq.<br>Liwen Mah, Esq.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Phone: (415) 875-2300; Fax: (415) 281-1350<br>abridges@fenwick.com; klu@fenwick.com;<br>irubel@fenwick.com; lmah@fenwick.com | Attorneys for Defendants iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc. |