| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| 2 | ILANA S. RUBEL (CSB No. 221517) |
| | LIWEN MAH (CSB No. 239033) |
| 3 | KATHLEEN LU (CSB No. 267032) |
| | FENWICK & WEST LLP |
| 4 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone:  415.875.2300 |
| 6 | Facsimile:   415.281.1350 |
| 7 | WILLIAM H. SHAWN, *PRO HAC VICE* |
| | JAMES E. KING (CSB NO. 90103) |
| 8 | SHAWNCOULSON, LLP |
| | 1850 M St., NW. Suite 280 |
| 9 | Washington, DC 20036 |
| 10 | Telephone: (202) 331-7900 |
| | Facsimile: (202) 403-3747 |
| 11 | |
| 12 | Attorneys for Defendants |
| | IWEB GROUP, INC., |
| 13 | IWEB INTELLECTUAL PROPERTY, INC., |
| | and IWEB TECHNOLOGIES, INC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. 13 CV 0328 BTM BLM |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:  Hon. Barry Ted Moskowitz |
| IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive | Court:  15B |
| | Date:   June 28, 2013 |
| | Time:   11:00 A.M. |
| | |
| | NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |
| Defendants. | |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA  94104.  On the date set forth below, I caused copies of the following documents to be served:

1. REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

2. DEFENDANTS' OBJECTIONS TO THE DECLARATION OF NORMAN ZADA (DKT. NO. 24-3) AND ITS EXHIBITS (DKT. NO. 24-4), AND EXHIBIT 1 (DKT. NO. 24-2) TO THE DECLARATION OF NATALIE LOCKE (DKT. NO. 24-1)

☑ (Through the Court's CM/ECF System): Each document was filed through the Court's CM/ECF service and each party or the party's attorney is a registered user of that service.  Immediately after filing, I received a Notice of Electronic Filing, which indicated that all registered parties, through the individuals listed below, were served through the Court's CM/ECF service:

**Eric Benink**
Krause, Kalfayan, Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
eric@kkbs-law.com

**Natalie H Locke**
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
natalie@perfect10.com

**Joel David Voelzke**
Intellectual Property Law Offices of Joel Voelzke, APC
24772 West Saddle Peak Road
Malibu, CA 90265
joel@voelzke.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated:    June 21, 2013          */s/ Liwen Mah*
                                  Liwen Mah

CERTIFICATE OF SERVICE         1         CASE NO. 13 CV 0328 BTM BLM