Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331 | F 619.232.4019
eric@kkbs-law.com

Natalie H. Locke, Esq., SBN 261363
natalie@perfect10.com
Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794 | F 310.476.8138

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 13 CV 0328 BTM BLM<br><br>**Before Honorable Barry Ted Moskowitz**<br><br>**PERFECT 10'S REQUEST TO STRIKE DEFENDANT IWEB'S UNTIMELY MOTION TO STAY AND FOR LEGAL FEES AND COSTS UNDER FED. R. CIV. P. 41(d)** |

1  TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  Pursuant to Local Rule 7.1(e)(7), Perfect 10 hereby requests that the Court strike the untimely Notice of Motion and Motion to Stay and for Legal Fees and Costs Under Fed. R. Civ. P. 41(d) ("Motion to Stay"), Docket No. 28, filed today by Defendants iWeb Group, Inc., iWeb Intellectual Properties, Inc., and iWeb Technologies, Inc. (collectively "Defendants").  The motion was noticed for today, June 21, 2013, the day the moving papers were filed and therefore is untimely and is in violation of Local Rule 7.1(e)(1), which requires a minimum filing date of twenty-eight (28) days prior to the date for which the matter is noticed.  Plaintiff Perfect 10, Inc. respectfully requests that the Court strike the untimely Motion to Stay, or in the alternative, order the Defendants to obtain a hearing date, as required by Local Rule 7.1(b) that would allow sufficient time for Perfect 10 to file a response pursuant to Local Rule 7.1(e)(2) allowing Perfect 10 a minimum of 14 calendar days before the hearing date to respond.

Dated:  June 21, 2013

RESPECTFULLY SUBMITTED,
PERFECT 10, INC.

By: _____/s/ Natalie Locke_____
Natalie Locke
Attorneys for Plaintiff Perfect 10, Inc.

- 1 -
Perfect 10's Request to Strike Defendant iWeb's
Untimely Motion to Stay and for Legal Fees and Costs under FRCP 41(d)