Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331  |  F 619.232.4019
eric@kkbs-law.com

Natalie H. Locke, Esq., SBN 261363
natalie@perfect10.com
Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794  |  F 310.476.8138

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>           Plaintiff,<br>     v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: 13 CV 0328 BTM BLM<br><br>**Before Honorable Barry Ted Moskowitz**<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11803 Norfield Court, Los Angeles, CA 90077.

On June 21, 2013, I served the foregoing document described as follows:

**PERFECT 10'S REQUEST TO STRIKE DEFENDANT IWEB'S UNTIMELY MOTION TO STAY AND FOR LEGAL FEES AND COSTS UNDER FED. R. CIV. P. 41(d)**

on the interested parties in this action by:

[X]   **BY CM/ECF NOTICE OF ELECTRONIC FILING.**  I hereby certify that the document(s) listed above were filed through the Court's ECF system and have been sent electronically to all parties registered for electronic filing in this action specifically listed below.

Joel David Voelzke
Intellectual Property Law Offices of Joel Voelzke, APC
24772 West Saddle Peak Road
Malibu, CA 90265
joel@voelzke.com

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on June 21, 2103 at Los Angeles, California.

BY: _____*/s/ Melanie Poblete*_____
Melanie Poblete

- 1 -
PROOF OF SERVICE