cc: All Parties

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

This space for
Clerk's Office File Stamp

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Major
FROM:_____, Deputy Clerk          RECEIVED DATE: June 21, 2013  CASE NO.:
13cv328-BTM (BLM)  DOCUMENT FILED BY: Defendants
CASE TITLE: Perfect 10, Inc. V. IWEB Group, Inc. et al.,
DOCUMENT ENTITLED: Notice of Motion and Motion to Stay and for Legal Fees and Costs (ECF No. 28)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself or requires leave of court |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: Local Rule 83.9 prohibits ex parte communication |
| ☑ | | 7.1(b) All hearing dates for any matters on which a ruling is required must be obtained from the clerk of the judge to whom the case is assigned. |

Date forwarded: June 24, 2013

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐   The document is to be filed nunc pro tunc to date received.

☑   The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☐ Yes.      Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 1.3.

CHAMBERS OF: Barbara L. Major

Dated: June 24, 2013       By: _Law Clerk_