UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., <br><br> Plaintiff, <br><br> v. <br><br> IWEB GROUP, INC. et al., <br><br> Defendants. | Case No. 13cv328-BTM (BLM) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION TO STAY AS MOOT** <br><br> **[ECF NO. 29]** |

On June 21, 2013, Defendants filed a Motion to Stay And For Legal Fees and Costs Under Fed. R. Civ. P. 41(d).  See ECF No. 28.  Defendants' motion was rejected on June 24, 2013 for failure to comply with Civil Local Rule 7.1(b).  See ECF No. 30.  Accordingly, Plaintiff's Motion to Strike Defendants' Motion to Stay [see ECF No. 29] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED: June 24, 2013

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

13CV328-BTM (BLM)