# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; NEW DREAM NETWORK, LLC, a California limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 13cv328 BTM (BLM)<br><br>**ORDER** |

Defendants' motion to stay the case and for legal fees and costs (ECF No. 32) will be set before Judge Moskowitz. The current hearing before Judge Major is hereby **VACATED**, and the new hearing date is Friday, August 16, 2013 at 11:00 AM before Judge Moskowitz. There will be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

DATED: July 2, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court