Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331  |  F 619.232.4019

Natalie H. Locke, Esq., SBN 261363
natalie@perfect10.com
Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794  |  F 310.476.8138

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>         Plaintiff,<br>    v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.: 13 CV 0328 BTM BLM<br><br>**PROOF OF SERVICE OF PLAINTIFF PERFECT 10, INC.'S OBJECTION TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Judge: Honorable Barry Ted Moskowitz<br>Ctrm:  15B |

PROOF OF SERVICE

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11803 Norfield Court, Los Angeles, CA 90077.

On July 24, 2013, I served the foregoing document described as follows:

**PLAINTIFF PERFECT 10, INC.'S OBJECTION TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

on the interested parties in this action by:

[X]   **BY CM/ECF NOTICE OF ELECTRONIC FILING.**  I hereby certify that the document(s) listed above were filed through the Court's ECF system and have been sent electronically to all parties registered for electronic filing in this action specifically listed below.

| **Fenwick & West, LLP** | **Shawn Coulson, LLP** |
|---|---|
| Andrew P. Bridges | James E King |
|   abridges@fenwick.com |   jking1737@gmail.com |
| Kathleen Lu | William H. Shawn |
|   klu@fenwick.com |   wshawn@shawncoulson.com |
| Liwen Mah | |
|   lmah@fenwick.com | |
| Ilana Rubel | |
|   irubel@fenwick.com | |

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on **July 24, 2013** at Los Angeles, California.

BY: _____
Melanie Poblete