| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| 2 | ILANA S. RUBEL (CSB No. 221517) |
|   | LIWEN MAH (CSB No. 239033) |
| 3 | KATHLEEN LU (CSB No. 267032) |
|   | FENWICK & WEST LLP |
| 4 | 555 California Street, 12th Floor |
|   | San Francisco, CA 94104 |
| 5 | Telephone:  415.875.2300 |
| 6 | Facsimile:   415.281.1350 |
| 7 | WILLIAM H. SHAWN, *PRO HAC VICE* |
|   | JAMES E. KING (CSB NO. 90103) |
| 8 | SHAWNCOULSON, LLP |
|   | 1850 M St., NW. Suite 280 |
| 9 | Washington, DC 20036 |
| 10 | Telephone: (202) 331-7900 |
|    | Facsimile: (202) 403-3747 |

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUAL PROPERTY, INC.,
and IWEB TECHNOLOGIES, INC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. 13 CV 0328 BTM BLM |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:  Hon. Barry Ted Moskowitz |
|   | Court:  15B |
| IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive | NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |
| Defendants. | |

CERTIFICATE OF SERVICE                                   CASE NO. 13 CV 0328 BTM BLM

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On July 22, 2013, I caused copies of the following documents to be served:

1. DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS COMPLAINT (DOCKET NO. 34)

☑ (Through the Court's CM/ECF System): Each document was filed through the Court's CM/ECF service and each party or the party's attorney is a registered user of that service. Immediately after filing, I received a Notice of Electronic Filing, which indicated that all registered parties, through the individuals listed below, were served through the Court's CM/ECF service:

**Eric Benink**
Krause, Kalfayan, Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
eric@kkbs-law.com

**Natalie H Locke**
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
natalie@perfect10.com

**Joel David Voelzke**
Intellectual Property Law Offices of Joel Voelzke, APC
24772 West Saddle Peak Road
Malibu, CA 90265
joel@voelzke.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: July 24, 2013           */s/ Liwen Mah*
                                              Liwen Mah

CERTIFICATE OF SERVICE          1          CASE NO. 13 CV 0328 BTM BLM