ANDREW P. BRIDGES (CSB No. 122761)
ILANA S. RUBEL (CSB No. 221517)
LIWEN MAH (CSB No. 239033)
KATHLEEN LU (CSB No. 267032)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

WILLIAM H. SHAWN, *PRO HAC VICE*
JAMES E. KING (CSB NO. 90103)
SHAWNCOULSON, LLP
1850 M St., NW. Suite 280
Washington, DC 20036
Telephone: (202) 331-7900
Facsimile: (202) 403-3747

Attorneys for Defendants
IWEB GROUP, INC.,
IWEB INTELLECTUAL PROPERTY, INC.,
and IWEB TECHNOLOGIES, INC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a/ iWeb.com; IWEB INTELLECTUAL PROPERTY, INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a/ iWeb.com; and DOES 1 through 100, inclusive<br>Defendants. | Case No. 13 CV 0328 BTM BLM<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Barry Ted Moskowitz<br>Court:    15B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

CERTIFICATE OF SERVICE                                            CASE NO. 13 CV 0328 BTM BLM

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On July 26, 2013, I caused copies of the following document to be served:

1. DEFENDANTS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS COMPLAINT

☑ (Through the Court's CM/ECF System): Each document was filed through the Court's CM/ECF service and each party or the party's attorney is a registered user of that service. Immediately after filing, I received a Notice of Electronic Filing, which indicated that all registered parties, through the individuals listed below, were served through the Court's CM/ECF service:

**Eric Benink**
Krause, Kalfayan, Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
eric@kkbs-law.com

**Natalie H Locke**
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
natalie@perfect10.com

**Joel David Voelzke**
Intellectual Property Law Offices of Joel Voelzke, APC
24772 West Saddle Peak Road
Malibu, CA 90265
joel@voelzke.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated:   July 26, 2013        */s/ Liwen Mah*
                              Liwen Mah

CERTIFICATE OF SERVICE            1            CASE NO. 13 CV 0328 BTM BLM