# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., <br>       Plaintiff, <br> v. <br> IWEB GROUP, INC., et al., <br>       Defendants. | Case No. 13cv00328 BTM (BLM) <br><br> **ORDER** <br><br> **DENYING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, AND** <br><br> **DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS AND ASSIGN COSTS.** |

On October 17, 2013, the parties filed notice of settlement. The parties expect to file a request for dismissal of the entire action with prejudice on or before November 15, 2013. Additionally, the parties have requested a stay of all proceedings until the request for dismissal is filed.

In the interest of expediting the resolution of matters on the Court's docket, Defendants' motions to dismiss the complaint (ECF no. 14), and to stay proceedings and assign costs (ECF no. 32) are DENIED without prejudice. Defendant is granted leave to re-file the motions if the request for dismissal is not filed by November 15, 2013.

**IT IS SO ORDERED.**

DATED: October 18, 2013

                                  BARRY TED MOSKOWITZ, Chief Judge
                                  United States District Court