UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>IWEB GROUP, INC., a Canadian company d/b/a iWeb.com; IWEB INTELLECTUAL PROPERTY INC., a Canadian company d/b/a iWeb.com; IWEB TECHNOLOGIES, INC., a Canadian company d/b/a iWeb.com; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 13 cv 0328 BTM BLM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. Barry Ted Moskowitz** |

1   This matter came before the court as a Joint Motion for Order of Dismissal of Entire Action with Prejudice filed by Perfect 10, Inc. and Defendants iWeb Group, Inc., iWeb Intellectual Property Inc., and iWeb Technologies, Inc. pursuant to Fed. R. Civ. P. 41(a).  The joint motion is hereby GRANTED.

   This action is hereby dismissed in its entirety with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 31, 2013

                                                                                  _____
                                                                                  BARRY TED MOSKOWITZ, Chief Judge
                                                                                  United States District Court

- 1 -